Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
Robert S. Teuton
Nevada Bar No. 16761
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com
teutonr@ballardspahr.com

*Attorneys for Defendant Discover Bank*

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Clark McKinlay,

Plaintiff,

vs.

DISCOVER BANK; U.S. BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC

Defendants.

Case No. : 2:25-cv-00281-GMN-DJA

**JOINT MOTION AND ORDER TO EXTEND DEFENDANT DISCOVER BANK'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(First Request)**

Pursuant to LR IA 6-1(a) and LR IA 6-2, the undersigned counsel of record for Defendant Discover Bank ("Discover") and Plaintiff Clark McKinaly submit this Joint Motion to extend Discover's deadline to file its response to Plaintiff's Complaint (ECF No. 1) by two weeks, from March 14, 2025 to Friday March 21, 2025.

Discover and Plaintiff make this first request for extension to extend the deadline to answer Plaintiff's Complaint in good faith and not for the purpose of delay. No party will be prejudiced by this extension, as the purpose of this first request for extension is to allow additional time for Discover to investigate the claims and, if

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

appropriate, explore settlement. This is the first request for an enlargement of time for Discover to respond to the Complaint.

Dated this 3rd day of March, 2025.

BALLARD SPAHR LLP

By: /s/ Abran E. Vigil
Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
Robert S. Teuton
Nevada Bar No. 16761
1980 Festival Plaza Dr, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant Discover Bank*

LAW OFFICE OF KEVIN L. HERNANDEZ

By: /s/ Kevin L. Hernandez
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue,
Suite 101
Las Vegas, Nevada 89147

*Attorney for Plaintiff Clark McKinlay*

**ORDER**

IT IS SO ORDERED:

[signature]

United States District/Magistrate Judge

DATED: March 5, 2025