DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 7845)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com
          tehafen@duanemorris.com

Attorneys for Defendant
*U.S. Bank National Association*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CLARK McKINLAY<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER BANK, U.S. BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC<br><br>Defendants. | Case No.: 2:25-cv-00281-GMN-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR U.S. BANK NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Clark McKinlay, and by through his counsel, LAW OFFICE OF KEVIN L. HERNANDEZ, and Defendant U.S. Bank National Association ("*U.S. Bank*"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for U.S. Bank to respond to Plaintiff's complaint up to and including **April 18, 2025**.

This extension will allow U.S. Bank's counsel—who were retained on March 21, 2025—to analyze the claims made, obtain and review any relevant documents, and for the parties to evaluate whether an early resolution is possible. This is the first request for an extension to U.S. Bank's deadline to respond to the complaint, and is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

DM1\16371115.3

DATED: March 24, 2025

| | |
|---|---|
| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **DUANE MORRIS LLP** |
| By: */s/ Kevin L. Hernandez* <br>      Kevin L. Hernandez (SBN 12594) | By: */s/ Tyson E. Hafen* <br>      Dominica C. Anderson (SBN 2988) <br>      Tyson E. Hafen (SBN 13139) |
| Attorneys for *Plaintiff* | Attorneys for Defendant *U.S. Bank National Association* |

**IT IS SO ORDERED** this 24th day of March, 2025.

_____
U.S. Magistrate Judge

2

DM1\16371115.3