Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
Robert S. Teuton
Nevada Bar No. 16761
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
*vigila@ballardspahr.com*
*chavezd@ballardspahr.com*
*teutonr@ballardspahr.com*

Attorneys for Defendant Discover Bank

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Clark McKinlay,<br><br>                    Plaintiff,<br><br>vs.<br><br>DISCOVER BANK; U.S. BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC<br><br>                    Defendants. | Case No. : 2:25-cv-00281-GMN-EJY<br><br>**JOINT MOTION AND** ~~PROPOSED~~ **ORDER TO EXTEND DEADLINE TO FILE DISMISSAL OR JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF CLARK MCKINLAY AND DEFENDANT DISCOVER BANK [ECF 19 AND 20]**<br><br>**(First Request)** |

Pursuant to LR IA 6-1(a) and LR IA 6-2, the undersigned counsel of record for Defendant Discover Bank ("Discover") and Plaintiff Clark McKinlay ("Plaintiff") submit this Joint Motion to extend the deadline to either dismiss the claims against Discover with prejudice or file a joint status report regarding settlement (as set forth in ECF Nos. 19 and 20) by three weeks, from April 28, 2025 to Friday, May 16, 2025.

Out of an abundance of caution, Defendant Discover and Plaintiff make this first request for extension to extend the deadline in good faith and not for the purpose of delay. Settlement documents have been executed, but document exchanges and payment are in process. No party will be prejudiced by this extension, its purpose is

merely to allow additional time to finalize the settlement that is already well underway. This is the first request for an enlargement of time to either dismiss the claims with prejudice or file a joint status report.

Dated this 24th day of April 2025.

| | |
|---|---|
| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
| By: /s/ Abran E. Vigil<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>David E. Chavez, Esq.<br>Nevada Bar No. 15192<br>Robert S. Teuton, Esq.<br>Nevada Bar No. 16761<br>1980 Festival Plaza Dr, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Discover Bank* | By: /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, Nevada 89147<br><br>*Attorney for Plaintiff Clark McKinlay*<br><br>DUANE MORRIS LLP<br><br>By: /s/ Tyson E. Hafen<br>Tyson E. Hafen, Esq.<br>Nevada Bar No. 13139<br>100 North City Parkway, Suite 1560<br>Las Vegas, Nevada 89106<br><br>*Attorney for Defendant*<br>*U.S. Bank, N.A.* |

### ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: April 25, 2025